In the Matter of HENRY MORRIS, INC., Appellant, *v.* THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK, Respondent.

(Submitted October 3, 1932; decided October 11, 1932.)

*Arthur J. W. Hilly*, Corporation Counsel (*Arthur H. Kerns* of counsel), for motion.

*Max Rothenberg*, opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless the appellant files the record within ten days and pays ten dollars costs, in which event the motion is denied.